# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.                                   CASE NO. 4:06cv408-RH/AK

DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.

_____/

## **ORDER OF DISMISSAL**

After the magistrate judge issued a report and recommendation concluding that this matter should be dismissed (document 31), plaintiff filed a "motion to voluntarily dismiss" under Federal Rule of Civil Procedure 41(a)(1)(i). Under that rule, if an adverse party has not filed an answer or motion for summary judgment, a plaintiff is entitled to dismiss an action without order of court. A plaintiff properly effects such a dismissal by filing a "notice of dismissal." Fed. R. Civ. P. 41(a)(1)(i). Though plaintiff labeled his filing a "motion" to dismiss, he noted that defendants had not filed an answer or motion for summary judgment and asserted

his entitlement to dismiss the action as of right. I treat the "motion" as a "notice of dismissal" within the meaning of the rule.

Under the rule, the dismissal operates as an adjudication of the merits only for any claim that was the basis of, or was included in, any action plaintiff previously dismissed.

For these reasons,

IT IS ORDERED:

The clerk shall enter judgment stating, "This action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(i)." The clerk shall close the file.

SO ORDERED this 14th day of May, 2007.

s/Robert L. Hinkle<br>
Chief United States District Judge